AO 91 (Rev. 5/85) Criminal Complaint

**FILED**

UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

# United States District Court

AUG 23 2010

### IN THE _____ DISTRICT OF _____ NEW MEXICO _____

UNITED STATES OF AMERICA

v.

MATTHEW J. DYKMAN

**CRIMINAL COMPLAINT**

CLERK

JOHN CHARLES MCCLUSKEY
Year of Birth: 1965
SSN: XXX-XX-5705

CASE NUMBER: 10MJ2298

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __August 2, 2010__ in __Quay and Guadalupe__ counties, in the District of _____

__New Mexico_____ defendant(s) did, (Track Statutory Language of Offense)

unlawfully take, with the intent to cause death or serious bodily injury, a 2006 Chevrolet white four-door/crew cab pickup truck bearing Oklahoma license plate 979DUH, registered to Gary and Linda Haas, with a 32-foot camping trailer in tow, that motor vehicle having been transported, shipped, or received in interstate commerce, from Gary and Linda Haas by force and violence and/or intimidation; and that during the commission of that crime of violence, for which he may be prosecuted in a court of the United States, he discharged a firearm; and that, in the course of violating 18 USC 924(c)(1)(A)(iii), he murdered Gary and Linda.

in violation of Title ___18___ United States Code, Section(s) __2119(3), 924(c)(1)(A)(iii), and 924(j)(1).__

I further state that I am a(n) __Special Agent__ and that this complaint is based on the following facts:
Official Title

See Attached Affidavit hereby incorporated by reference as if fully restated herein.

Continued on the attached sheet and made a part hereof:    ☒ Yes    ☐ No

_____
Signature of Complainant
Marcus B. McCaskill
Special Agent
Federal Bureau of Investigation
ALBUQUERQUE, NEW MEXICO

Sworn to before me and subscribed in my presence,

__8-23-10_____    at _____
Date                                        City and State
Alan C. Torgerson
U.S. Magistrate Judge                _____
Name & Title of Judicial Officer        Signature of Judicial Officer

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA        )
                                )
VS                              )
                                )
John Charles McCluskey          )
Year of Birth:  1965            )
SSN:  XXX-XX-5705               )
                                )
_____ )

AFFIDAVIT

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

        I, the undersigned, being duly sworn, hereby depose and state as follows:

1.      I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been employed in this capacity for approximately twelve years.  I am currently assigned to the Albuquerque Division, and have primary investigative responsibility for violent crime investigations, including homicide.  The information set forth in this affidavit was derived from my own investigation and/or was otherwise communicated to me.

2.      On July 30, 2010, John Charles McCluskey, Tracy Allen Province, and Daniel Renwick escaped from a medium-security Arizona State Prison near Kingman, AZ.  Investigation indicated that the three were aided in their escape by Casslyn Mae Welch. Welch is McCluskey's cousin and girlfriend.  On August 1, 2010,

1

1  Renwick was recaptured alone in Colorado.

2

3  3.        On August 4, 2010, the debris from a camping trailer

4  that had been burned was located by Guadalupe County Sheriff

5  Michael Lucero.  Sheriff Lucero contacted the New Mexico State

6  Police (NMSP) Investigations Bureau.  Upon responding to the

7  site, NMSP Agent Jimmy Butterfield identified what appeared to

8  be human remains in the debris of the burned trailer.  The New

9  Mexico Office of the Medical Investigator later identified the

10  human remains as Gary Haas (Gary) and Linda Haas (Linda).  The

11  location where the debris and human remains were recovered is on

12  River Ranch Road Headquarters near Colonias, NM, in Guadalupe

13  County, New Mexico.   Agent Butterfield secured the scene and

14  NMSP obtained a search warrant for the site.

15

16  4.        Two dogs were found untended near the burned trailer.

17  One of the dogs had a collar with a tag that contained a

18  telephone number.  Sheriff Lucero reached Kathy Byus by

19  telephone at the number listed on the dog's tag.  Byus told

20  Sheriff Lucero that the dogs belonged to her but that they

21  should be with her parents, Gary and Linda.  Gary and Linda were

22  on an annual vacation to Pagosa Springs, CO, driving a white

23  Chevrolet pickup and towing a camping trailer.  Gary and Linda,

24  who resided in Tecumseh, OK, typically drove through New Mexico

25  and often camped near Santa Rosa, NM, on their way to Pagosa

26  Springs, CO.  Byus also advised that both Gary and Linda

27  possessed concealed-carry firearms permits and usually traveled

28  with at least one firearm in the truck or trailer.  She believed

2

1  | that Gary and Linda owned several firearms, possibly a .38

2  | caliber Taurus handgun, .45 caliber 1911 model handgun, and/or a

3  | .40 caliber Glock handgun.  Byus expressed her worry that the

4  | dogs had been found untended and that Gary and Linda had not

5  | contacted her regarding the burned trailer.

6  |

7  | 5.        Steve Walker, a close family friend of Gary and

8  | Linda's, contacted Sheriff Lucero by telephone.  Walker told

9  | Sheriff Lucero that he had contacted OnStar about the current

10 | location of the Gary and Linda's Chevrolet pickup truck.  OnStar

11 | told Walker that the vehicle was located at a shopping center

12 | near 6601 4th Street in Albuquerque, NM.  Bernalillo County

13 | Sheriff's Officers (BCSO) located a 2006 Chevrolet white four-

14 | door/crew cab pickup bearing Oklahoma license plate 979DUH,

15 | registered to Gary and Linda.  BCSO and NMSP conducted

16 | surveillance on the vehicle and interviewed local shop owners in

17 | the shopping center where the vehicle was parked.  One shop

18 | owner indicated that the vehicle had been parked in the lot for

19 | the past day or two.  NMSP secured the vehicle and obtained a

20 | search warrant.

21 |

22 | 6.        During the search of the debris of the burned trailer,

23 | NMSP recovered three bullet casings, one of which was easily

24 | identified as .40 caliber, and multiple items which appeared to

25 | be projectiles and/or projectile fragments of unknown caliber in

26 | close proximity to the human remains.  No firearms were located

27 | in the search of the burned trailer.

28 |

3

7.          During the search of the 2006 Chevrolet pickup, a roll
of paper towels was recovered on the front passenger seat and an
open bottle of brake fluid was recovered from the center console
area.  The plastic wrapping from a roll of Bounty brand paper
towels was located on the driver's side floorboard.  Two
developed fingerprints were found on the plastic wrapping.
Blood smears were discovered on the inside of the lid of a white
cooler located in the bed of the truck, the driver's and front
passenger seats, and on the interior of the rear driver's side.
The exterior of the four doors, particularly around the door
handles, had indications that they had been wiped in a manner
consistent with someone trying to eradicate or conceal
fingerprints.  No firearms were recovered in the search of the
2006 Chevrolet pickup.

8.          The fingerprints recovered from the Bounty paper towel
plastic wrapping were examined by the New Mexico State
Department of Public Safety Northern Forensic Crime Laboratory
(NFCL) and identified as those of McCluskey.  Later, on August
19, 2010, the NFCL also confirmed that at least one of the blood
smears recovered from the truck matched the DNA of one or both
of the victims.

9.          On August 9, 2010, Province was arrested alone in
Meeteetse, WY.  When he was arrested, Province was carrying a
backpack that contained a 9 millimeter handgun.

10.          On August 10, 2010, NMSP Agents Patrick Bucksath and

1   Joshua Armijo interviewed Province who was in custody in Cody,

2   WY.   Province was verbally advised of his Miranda rights and he

3   agreed to answer questions.   The interview was digitally

4   recorded.   On August 20, 2010, NMSP Agent Bucksath and FBI SA

5   Marcus B. McCaskill again interviewed Province while en route

6   from Amarillo, TX, to Albuquerque, NM, in United States Marshal

7   custody.   Province was again verbally advised of his Miranda

8   rights and he again agreed to answer questions.   The interview

9   was digitally recorded.

10

11   11.      Province said that immediately after their escape, he,

12   McCluskey, and Welch became separated from Renwick while trying

13   to locate the vehicle that Welch had parked in the desert to

14   effect their flight from the prison.   Welch had packed the

15   vehicle with clothing and food to aid the group in the flight.

16   Welch provided Province and McCluskey two .40 caliber semi-

17   automatic handguns that she purchased in preparation for the

18   escape.   When he, McCluskey, and Welch could not locate the

19   vehicle, they kidnapped two semi-truck drivers using the

20   handguns and used their truck to travel to Flagstaff, AZ.   Upon

21   arriving in Flagstaff, AZ, McCluskey, Welch, and Province voted

22   on whether to kill the two truck drivers, with McCluskey voting

23   to kill them and Province and Welch voting to release them

24   unharmed.   They released the two truck-drivers unharmed.

25

26   12.      Province said that, while the three were still in

27   Arizona, McCluskey secured a small, gray sedan vehicle, possibly

28   a Nissan Sentra, though Province was unsure of the exact type of

1   car.  Province did not know where McCluskey obtained the
2   vehicle.  Province was unclear about which roads the group
3   traveled but thought that the group entered New Mexico first
4   after traveling through Safford, AZ.  Shortly after arriving in
5   New Mexico, Province noticed that the registration on the
6   license for the gray sedan was expired, and one of them stole a
7   current New Mexico license plate from another car, substituting
8   it for the expired license.  The group then traveled through New
9   Mexico and part of Texas, primarily traveling eastbound,
10  possibly on Interstate 40.

11

12  13.       Sometime on the morning of August 2, 2010, Province,
13  who'd been sleeping in the vehicle while the other two drove
14  through the night, awoke to find that they were headed back
15  westbound, possibly on Interstate 40.  All three were tired of
16  traveling and sleeping in the sedan, and agreed that it would be
17  a good idea to target someone driving a camper or trailer to
18  steal.    The three stopped at a rest area.  While at the rest
19  area, McCluskey and Welch noticed Gary and Linda in and around
20  their truck and camping trailer.  McCluskey and Welch showed the
21  truck and camping trailer to Province and told him they thought
22  that Gary and Linda were a good "prospect."  McCluskey and
23  Province watched Linda leave the trailer and head back toward
24  the pickup truck, where Gary was seated in the front drivers
25  seat.  McCluskey and Province fell in walking behind Linda and
26  forced her into the front passenger seat of the pickup truck at
27  gunpoint.  Both McCluskey and Province pointed their handguns at
28  Linda and Gary.  Gary reached below him with his hand, as though

1  he was going to retrieve something from beneath the seat.
2  Province thought that Gary was reaching for a weapon said, "I
3  wouldn't do that if I were you."  Gary put his hands up and told
4  them that he did not have a gun in the truck but did have one in
5  the trailer.  McCluskey and Province got into the back seat of
6  the pickup truck with Gary and Linda's dogs and ordered Gary to
7  drive out of the rest area and continue on Interstate 40
8  westbound.  Welch, who had watched out for McCluskey and
9  Province while they forced Linda into the pickup truck, followed
10 behind the truck and camping trailer driving the gray sedan.

11
12 14.      On August 20, 2010, NMSP Agent Bucksath and SA
13 McCaskill stopped with Province at a rest area on the north side
14 of Interstate 40 just inside the New Mexico border.  The rest
15 area is located at exit number 372.  Province identified the
16 rest area as the same rest area where they forced Linda at
17 gunpoint into the pickup truck and drove away with them.
18 Province recognized the general layout of the rest area.  He
19 also recognized a distinctive tree growing near the rest area
20 building that he remembered looking at before McCluskey and
21 Welch approached him to point out Gary and Linda.  Province was
22 also shown photographs from the inside of the rest area building
23 where the New Mexico Transportation Department has travel
24 brochures and maps displayed in racks and he recognized the
25 inside of the building from when he went inside to use the rest
26 room before forcing Linda into the truck.

27
28 15.      Province recounted how McCluskey directed Gary to

1  continue driving westbound on Interstate 40.  McCluskey then

2  directed Gary to pull off of the interstate, travel north, and

3  then take the first available right.  After traveling a distance

4  between one and two miles, McCluskey directed Gary to turn the

5  truck and camping trailer around and return the opposite

6  direction.  McCluskey then directed Gary to stop the truck and

7  camping trailer at a location Province described as having a big

8  brown or rust-colored water or oil tank.  At Gary's suggestion,

9  McCluskey told Gary and Linda that he was going to unhook the

10  camping trailer and just take the truck.

11

12  16.      On August 20, 2010, NMSP Agent Bucksath and SA

13  McCaskill showed Province several exits off of Interstate 40

14  located west of the rest area located at exit number 372.

15  Province was unable to locate the exact spot where McCluskey

16  directed Gary to drive to and stop the truck and camping

17  trailer.  Based on the driving time and other landmarks Province

18  located along Interstate 40, Province believes that this

19  location is most likely somewhere between Tucumcari, NM, and

20  Santa Rosa, NM.  Province did not believe McCluskey was familiar

21  with the area where they stopped, only that McCluskey was trying

22  to locate a secluded location to stop.

23

24  17.      Province said that, after the truck and camping

25  trailer were stopped, McCluskey and Welch took Gary and Linda

26  into the camping trailer to search for firearms.  Province

27  "policed" up the dogs outside the trailer, as they had gotten

28  loose when he and McCluskey got out of the truck.  Welch came

back out of the trailer and gave Province a bag that had two
weapons inside it, a .38 caliber revolver and a 9 millimeter
handgun.  Province verified that the 9 millimeter handgun he was
carrying when he was arrested was the 9 millimeter handgun that
Welch gave to him in a bag from the camping trailer.

18.      While both Welch and Province were outside of the
trailer, Province heard four or five gunshots ring out from
inside the trailer.  Province and Welch ran to the trailer and
Province looked inside.  Province could see Gary sitting in a
"breakfast nook" type area of the trailer, with his back against
the outside wall and window of the trailer and his head tilted
back.  Province could not see Linda but thought she was seated
opposite from Gary, across the table in the "breakfast nook."
Province could not tell the extent of any injuries or wounds to
Gary.  Province could smell expended gunpowder coming from
inside the trailer.  McCluskey asked Province to help him move
the bodies down from their location because he was afraid that
someone might see Gary through the window from the outside.
Province could not recall for certain but thinks it's possible
that he helped McCluskey pull the bodies down from a sitting
position at the "breakfast nook."

19.      Province got into the gray sedan with Welch and
followed McCluskey who was driving the truck and camping
trailer.  Before leaving, Province loaded the three dogs, who
had somehow gotten blood on them, into the truck with McCluskey.
McCluskey drove back to Interstate 40 and drove westbound.

1  McCluskey pulled into a Phillips 66 gas station at Exit 277 in

2  Santa Rosa, NM, for gasoline.  McCluskey called Province over to

3  the truck and gave him money to purchase gasoline.  McCluskey

4  told Province he could not get out of the truck because he was

5  covered in blood.  Province pumped the gasoline and went inside

6  to pay for the gasoline.  When he returned, McCluskey told him

7  that Welch had noticed blood leaking out of the trailer door

8  onto the ground.  Province went back to look but Welch had

9  already cleaned up much of the blood.  Province noticed brown

10  stains on the bottom of the camper door and on the ground

11  underneath the camper door.

12

13  20.       On August 11, 2010, NMSP Agent David O'Leary located a

14  large brown spot on the ground at the Phillips 66 gas station

15  just off of Interstate 40 at Exit 277.  On August 20, 2010, NMSP

16  Agent Bucksath and SA McCaskill stopped with Province at the

17  Phillips 66 gas station just off of Interstate 40 at Exit 277.

18  Province identified the location as the same location where he

19  pumped gas into the truck at McCluskey's direction.

20

21  21.       McCluskey then proceeded in the truck and camping

22  trailer to a dirt lot located next to a Dairy Queen not far from

23  the Phillips gas station.  Welch parked the gray sedan in the

24  Dairy Queen parking lot, and she and Province got into the

25  truck.  McCluskey then drove the truck and camping trailer back

26  westbound on Interstate 40.  McCluskey took an exit off of the

27  interstate and then turned onto a dirt road and found a location

28  to back the trailer into that was not visible from the

1    interstate.  With Welch's help, McCluskey unhitched the camping

2    trailer and pulled it away from the truck.  Province unloaded

3    the dogs from the truck and dumped food out for them from bins

4    he located in back of the truck.  Welch and McCluskey went into

5    the trailer and poured out liquor they had located in the

6    trailer onto the floor and fixtures.  They lit the liquor using

7    matches in hopes of burning the camping trailer with Gary and

8    Linda's body still inside.  Before leaving the area, they made

9    sure that the fire had taken and was burning well.

10

11   22.      McCluskey drove the truck back to the parking lot

12   where the gray sedan was parked.  Once there, Province took over

13   driving the truck, following McCluskey and Welch in the gray

14   sedan, and they headed westbound on Interstate 40.  Upon

15   arriving in Albuquerque, NM, Province, McCluskey, and Welch

16   stopped at a gas station just off of the interstate.  McCluskey

17   told Province to buy brake fluid and paper towels from the gas

18   station to wipe down the truck, in hopes of eradicating or

19   concealing their fingerprints.

20

21   23.      Province then drove the truck to a shopping center

22   where they intended to abandon it.  Province and McCluskey wiped

23   down everything they thought they had touched using the paper

24   towels and brake fluid.  Welch took one or two blankets or

25   quilts from the truck and Province took a back pack from inside

26   the truck.  The three then drove away in the gray sedan.

27   Province verified that the backpack he was carrying when he was

28   arrested was the backpack he had taken from the back of the

truck before leaving.

24.        On August 20, 2010, NMSP Agent Bucksath and SA
McCaskill stopped with Province at a shopping center located at
6601 4th Street in Albuquerque, NM, where Gary and Linda's 2006
Chevrolet white four-door/crew cab pickup bearing Oklahoma
license plate 979DUH was later recovered.  Province identified
the location as the place where he had parked the truck and
where he and McCluskey had wiped the truck down.

25.        Province asked McCluskey and Welch to drop him off in
Yellowstone Park in Wyoming.  The group traveled to Wyoming and
McCluskey and Welch dropped Province off at one of the entrances
to the park.  After one or two nights in Yellowstone, Province
made his way to Meeteetse, WY, where he was arrested.

26.        On August 19, 2010 a United States Forest Service
employee patrolling the Gabaldon Camp Ground, at the base of
Mount Baldy, in the Apache-Sitgreaves National Forest, in
eastern Arizona, observed two people who he believed to be
McCluskey and Welch.  The Forest Service employee was aware of
their appearance due to the heavy publicity regarding their
escape from the Arizona prison. The  Forest Service employee
informed law enforcement officers from Apache County Sheriff's
Office (ACSO), and they responded, positively identified
McCluskey and Welch, and arrested them.

27.        During the arrest, ACSO deputies recovered a stainless

1   steel .38 caliber revolver with a black handgrip from Welch.

2   ACSO Sergeant John Scruggs warned the other deputies not to

3   handle the revolver because it could be a murder weapon.   Upon

4   hearing Sgt. Scruggs' instruction to other deputies, McCluskey

5   spontaneously remarked "That's not the murder weapon.   The

6   murder weapon is still in the tent."

7

8   28.        ACSO Commander Webb Hogle described the scene to NMSP

9   officers and the FBI.   A gray colored Nissan Sentra sedan,

10  bearing New Mexico license plate LJR-322, (identified as a

11  stolen license plate), Vehicle Identification Number (VIN)

12  3N1AB41DXVL004545, was parked at the campsite. The keys to the

13  car were in the ignition.   The site was secured and a search

14  warrant was obtained.   During the search of the campsite,

15  blankets were recovered.

16

17  29.        On August 20, 2010, FBI Special Agent James Rominger,

18  interviewed McCluskey at the Apache County Jail, where he was in

19  custody.   McCluskey was verbally advised of his Miranda rights

20  and he agreed to answer questions, executing an Advice of Rights

21  Form FD-395.   The interview was digitally recorded.

22

23  30.        McCluskey stated that he took Gary and Linda at

24  gunpoint at a rest area on Interstate 40 east Albuquerque, NM.

25  McCluskey recounted how he took Gary and Linda into the trailer

26  and, while both Province and Welch were outside, he shot Gary

27  once in the head, near the temple, and then shot Linda three

28  times.   McCluskey said that he felt he had to kill Gary and

1  Linda because it was his, Province, and Welch's only chance to

2  get away.  McCluskey verified that the .40 caliber handgun in

3  the tent at the campsite was the weapon he used to shoot Gary

4  and Linda.  McCluskey recalled stopping at a gas station to buy

5  gas after killing Gary and Linda.  While at the gas station,

6  Province or Welch noticed that there was blood leaking out of

7  the trailer.

8

9  31.      On August 20, 2010, SA Rominger, interviewed Welch at

10  the Apache County Jail, where she was in custody.  Welch was

11  verbally advised of her Miranda rights and she agreed to answer

12  questions, executing an Advice of Rights Form FD-395.  The

13  interview was digitally recorded.

14

15  32.      Welch recounted identifying Gary and Linda at a rest

16  area because she, McCluskey, and Province had agreed to find

17  someone who was driving a camper or trailer they could steal to

18  continue their flight.  Welch brought Gary and Linda to

19  McCluskey's attention.  Welch watched as McCluskey and Province

20  forced Linda into the truck at gunpoint.   After Welch had

21  joined Province and McCluskey in the truck, the group drove the

22  truck and camping trailer to a place in the desert.  Welch

23  searched the trailer and located several firearms.  While she

24  was outside of the trailer and McCluskey was inside the trailer

25  with Gary and Linda, she heard two gunshots from inside.  Welch

26  ran to the trailer and saw that McCluskey had shot Gary and

27  Linda.  The three doused the camper in liquor and lit it on fire

28  to destroy the camper and the bodies.

33.        In view of the facts presented in this affidavit, the affiant believes there is probable cause to believe that, on or about August 2, 2010, John Charles McCluskey violated 18 USC 2119(3), in that he took, with the intent to cause death or serious bodily injury, a 2006 Chevrolet white four-door/crew cab pickup bearing Oklahoma license plate 979DUH, registered to Gary and Linda Haas, with a 32-foot camping trailer in tow, that motor vehicle having been transported, shipped, or received in interstate or foreign commerce, from Gary and Linda Haas by force and violence and/or intimidation, and that Gary and Linda Haas' death resulted from the crime.

34.        In view of the facts presented in this affidavit, the affiant believes there is probable cause to believe that, on or about August 2, 2010, John Charles McCluskey violated 18 USC 924(c)(1)(A)(iii), in that, while in the commission of a crime of violence for which the person may be prosecuted in a court of the United States, namely a violation of 18 USC 2119, he discharged a firearm.

35.        In view of the facts presented in this affidavit, the affiant believes there is probable cause to believe that, on or about August 2, 2010, John Charles McCluskey violated 18 USC 924(j)(1), in that, while in the commission of a violation of 18 USC 924 c)(1)(A)(iii), he murdered Gary and Linda Haas.

1

SA Marcus B. McCaskill
2                                                Special Agent
                                               Federal Bureau of Investigation
3

4    Subscribed and sworn to before me this 23rd day of August, 2010.

5

6

7    U.S. Magistrate Judge
     Albuquerque, NM
8

9

10          I swear that this information is true and correct to
11   be best of my knowledge.

12

13

14          SPECIAL AGENT,

15          Federal Bureau of Investigation

16   Reviewed and approved by AUSA

17

18

19

20

21

22

23

24

25

26

27

28

16