# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff*, | ) | CRIMINAL NO. 10-2734 |
| vs. | ) | |
| | ) | |
| JOHN CHARLES MCCLUSKEY, | ) | |
| | ) | |
| *Defendant*. | ) | |

## MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The United States of America respectfully requests that the Court order the Clerk of this Court to issue a Writ of Habeas Corpus ad Prosequendum directing the said Sheriff of Mohave County Jail, Kingman, Arizona to surrender **JOHN CHARLES MCCLUSKEY** to the United States Marshal's Office for the District of New Mexico or his authorized representative for a hearing in United States District Court in Albuquerque, New Mexico on November 17, 2010. **JOHN CHARLES MCCLUSKEY** will remain in the custody of the United States Marshal or his authorized representative until the federal prosecution is complete, including any federal sentence imposed.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*/S/ Linda Mott*

LINDA MOTT
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274