IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
|                                    ) | |
|      Plaintiff,               ) | CRIMINAL No. 10-2734 |
| vs.                                 ) | |
| JOHN CHARLES McCLUSKEY,   ) | |
| TRACY ALLEN PROVINCE,        ) | |
| CASSLYN MAE WELCH,           ) | |
|      Defendants.           ) | |

**MOTION TO VACATE INITIAL APPEARANCE SETTING**

The United States of America respectfully moves the Court to vacate the Initial Appearance setting in the above-styled cause, currently set for November 17, 2010, and in support states:

1. On August 23, 2010, a complaint on Defendants was filed. Doc. 1. On September 29, 2010, a grand jury returned a Redacted Indictment charging Defendants with violations alleged in the complaint. Doc. 24.

2. The current Initial Appearance setting in this case is Wednesday, November 17, 2010.

3. A motion for Writ of Habeas Corpus ad prosequendum, as to each Defendant, by the United States was filed October 22, 2010. Docs. 40, 41, 42. Orders granting those writs were issued on October 25, 2010. Docs. 43, 44, 45.

4. On Monday, October 25, 2010, the Arizona authorities, where Defendant's are currently being held and charged with alleged violations of Arizona law, gave notice to the Arizona state court that they intended to proceed with state charges

before releasing Defendants to federal authorities.

     5.    As a result of this decision, the Defendants will not be transported to New Mexico for the Initial Appearance setting of November 17, 2010.

     6.    Accordingly, the United States seeks to vacate the setting.

     7.    Counsel for Defendant John Charles McCluskey does not oppose. Counsel for Casslyn Mae Welch does not oppose. Counsel for Tracy Allen Province does not oppose.

     Wherefore, the United States respectfully requests that the November 17, 2010, Initial Appearance setting be vacated.

Respectfully submitted,

KENNETH J. GONZALES
United States Attorney

*Filed Electronically*
LINDA MOTT
Assistant United States Attorney
Post Office Box 607
Albuquerque, New Mexico 87103
(505) 346-7274

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of this
pleading was delivered electronically to counsel for
Defendants.

*Filed Electronically*
LINDA MOTT
Assistant United States Attorneys