# UNITED STATES DISTRICT COURT
## District of New Mexico

**STYLE OF CASE:** USA v. John Charles McCluskey     Case No. CR 10-2734 JH

**EXHIBIT LIST**

| Presiding Judge: Judith C. Herrera | Plaintiff's Counsel: Gregory Fouratt, Linda Mott, Michael Warbel | Defendant's Counsel: Michael Burt, Theresa Duncan, Gary Mitchell |
|---|---|---|
| Trial Date: Beginning July 22, 2013 - | Court Reporter: Paul Baca | Law Clerk/Courtroom Deputy: V. Vigil/I. Duran |

| Plf. No. | Def. No. | Date Offered | Joint | Admitted | Description of Exhibits and Witnesses |
|---|---|---|---|---|---|
| | Q12 | Aug. 19 | | X | 6 photos of Kingman prison taken by Welch |
| | Q13 | Aug. 19 | | X | one photo of camouflage handkerchief |
| | R12 | Aug. 21 | | X | Agent Grigsby's report, discovery page 1165 |
| | S12 | Aug. 22 | | X | Latent 8C known demonstrative aid |
| | T12 | Aug. 22 | | X | Knoll notes US6769 dated 8/7/2010 |
| | V12 | Aug. 22 | | X | Knoll notes US6640 dated 10/4/2010 |
| | W12 | Aug. 27 / Aug. 28 | | X | Letter from T. Province to Judge Alley in Arizona case |
| | Y12 | Aug. 27 | | X | Diagram of inside of Haas trailer, marked by Province |
| | Z12 | Sept. 3 | | X | Hot Springs County mugshot photo of Province 8/9/2010 |
| | B13 | Sept. 5 | | X | QQ, 100_1986-Crime Scene, Rifle PD investigation |
| | C13 | Sept. 5 | | X | QQ, 100_1994-Crime Scene, Rifle PD investigation |
| | D13 | Sept. 5 | | X | QQ, 100_1977-Crime Scene, Rifle PD investigation |
| | E13 | Sept. 5 | | X | QQ, 100_1967-Crime Scene, Rifle PD investigation |
| | F13 | Sept. 5 | | X | QQ, 100_1973-Crime Scene, Rifle PD investigation |
| | G13 | Sept. 5 | | X | QQ, 100_1972-Crime Scene, Rifle PD investigation |
| | H13 | Sept. 5 | | X | QQ, 100_1974-Crime Scene, Rifle PD investigation |
| | I13 | Sept. 5 | | X | QQ, 100_1975-Crime Scene, Rifle PD investigation |
| | J13 | Sept. 5 | | X | QQ, 100_1976-Crime Scene, Rifle PD investigation |
| | K13 | Sept. 5 | | X | RPDU3, black backpack |

| | | | | | |
|---|---|---|---|---|---|
| | L13 | Sept. 5 | | X | RPDU5, grey bag |
| | M13 | Sept. 5 | | X | RPDU4, purple bag |
| | N13 | Sept. 5 | | X | RPD1917, card |
| | P13 | Sept. 18 | | X | ADPS Scientific Exam Report, US14548 |
| | R13 | Sept. 17 | | X | Welch Timeline |
| | S13 | Sept. 18 | | X | Kastigar letter dated 12/29/2010 |
| | T13 | Sept. 18 | | X | *Arizona v. Welch* —indictment, change of plea, plea agreement, and plea transcript |
| | U13 | Sept. 18 | | X | Welch's plea agreement, District of N.M., Doc. 259 |
| | B14 | Sept. 18 | | X | Transcript of Federal Court Change of Plea of Ms. Welch (amended on 9/24/13) |
| | C14 | Sept. 18 | | X | Sealed Joint Notice Amending Defendant Casslyn Welch's Supplemental Admission of Facts, Doc. 1226 |
| | D14 | Sept. 18 | | X | Transcript of Welch's federal plea, 1/20/2012 |
| | E14 | Sept. 23 | | X | Electropherogram re sample IB-22(d) |
| | F14 | Sept. 23 | | X | Electropherogram re sample 31A |
| | H14 | Sept. 24 | | X | DOJ Letter - Manning, dated Jan. 6, 2013 |
| | J14 | Sept. 24 | | X | "Theory of Identification" AFTE Journal (1992) |
| | K14 | Sept. 24 | | X | "Revised Theory of Identification," AFTE Journal (2011) |
| | L14(1) | Sept. 24 | | X | Gene C. Rivera, "Subclass Characteristics in Smith & Wesson SW40VE Sigma Pistols," AFTE Journal – Vol. 39, No. 3 (Summer 2007) – Photo 5 |
| | L14(2) | Sept. 24 | | X | Gene C. Rivera, "Subclass Characteristics in Smith & Wesson SW40VE Sigma Pistols," AFTE Journal – Vol. 39, No. 3 (Summer 2007) – Photo 6 |
| | M14(1) | Sept. 24 | | X | Laura Lightstone, "The Potential for and Persistence of Subclass Characteristics on the Breech Faces of SW40VE Smith & Wesson Sigma Pistols," AFTE Journal, Vol. 42, No. 4 (Fall 2010) – Photo 6 |
| | M14(2) | Sept. 24 | | X | Laura Lightstone, "The Potential for and Persistence of Subclass Characteristics on the Breech Faces of SW40VE Smith & Wesson Sigma Pistols," AFTE Journal, Vol. 42, No. 4 (Fall 2010) – Photo 7 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | M14(3) | Sept. 24 |  | X | Laura Lightstone, "The Potential for and Persistence of Subclass Characteristics on the Breech Faces of SW40VE Smith & Wesson Sigma Pistols," AFTE Journal, Vol. 42, No. 4 (Fall 2010) – Photo 8 |
|  | N14(1) | Sept. 24 |  | X | Zachary Kotas, "The Effects on Firearm Identification from a Proposed Latent Fingerprint Technique for Fired Cartridge Cases," AFTE Journal, Vol. 43, No. 2 (Spring 2011) – Figure 11 |
|  | N14(2) | Sept. 24 |  | X | Zachary Kotas, "The Effects on Firearm Identification from a Proposed Latent Fingerprint Technique for Fired Cartridge Cases," AFTE Journal, Vol. 43, No. 2 (Spring 2011) – Figure 12 |
|  | O14 | Sept. 25 |  | X | 1994 Article: "Firing Pin Impression Variations in Cartridge Cases. . .", AFTE Journal, April 1994 |
|  | P14 | Sept. 25 |  | X | Babcock case notes with her markings – US Discovery Bates 6348 |
|  | Q14 | Sept. 25 |  | X | Chain of Custody form – Dated Sept. 8, 2010 – US Discovery Bates 6590-6591 |
|  | S14 | Oct. 31 |  | X | CD containing excerpts of audio recordings of Tracy Province interviews |
|  | T14 | Oct. 31 |  | X | CD containing excerpts of audio recordings of Casslyn Welch interviews |
|  | U14 | Oct. 23 |  | X | Resumé of Dr. Merikangas., Oct. 2013 |
|  | V14 | Oct. 23 |  | X | List of documents and records reviewed by Dr. Merikangas. |
|  | W14 | Oct. 23 |  | X | X-Ray Associates 6/21/2013 MRI disc |
|  | X14 | Oct. 23 |  | X | X-Ray Associates 6/21/2013 PET, CTT Fusion disc |
|  | Y14 | Oct. 23 |  | X | X-Ray Associates 8/1/2013 MRI disc |
|  | Z14 | Oct. 23 |  | X | X-Ray Associates 8/1/2013 CT disc |
|  | A15 | Oct. 23 |  | X | Illustration of side of head/neck, arteries to the brain. |
|  | B15 | Oct. 23 |  | X | Diagram: "Activities of Brain: Interior Views" |
|  | C15 | Oct. 23 |  | X | Diagram: "Activities of Brain: Frontal View and Section" |
|  | D15 | Oct. 23 |  | X | Figure 49.2, slide of major arteries of brain, base view |
|  | E15 | Oct. 23 |  | X | Black and white slide, illustrative X-ray showing PICA artery |
|  | F15 | Oct. 24 |  | X | Dr. Ruben Gur's CV, September 2013 |

| | | | | |
|---|---|---|---|---|
| | G15 | Oct. 24 | X | Dr. Gur's report regarding McCluskey, dated 10/2/2013 |
| | H15 | Oct. 24 | X | Slide of Figure 1, Gur report |
| | H15-1 | Oct. 24 | X | Blow-up of Exhibit H15 |
| | I15 | Oct. 24 | X | Slide of Figure 2 from Gur report, Volumetric Analysis of Mr. McCluskey's MRI. |
| | I15-1 | Oct. 24 | X | Blow-up of Exhibit I15 |
| | J15 | Oct. 24 | X | Graph from Fig. 4, Gur's report, showing quantitative analysis of PET scan. |
| | J15-1 | Oct. 24 | X | Blow-up of Exhibit J15 |
| | K15 | Oct. 29 | X | Dr. Chaffey's resumé |
| | L15 | Oct. 29 | X | Aug. 2, 2013 2-page report by Dr. Chaffey containing her interpretive findings re: CT angiogram of McCluskey |
| | M15 | Oct. 29 | X | Large diagram (2 pages) of arterial dissection and of Circle of Willis drawn by Dr. Chaffey. |
| | N15 | Oct. 29 | X | Dr. Stalcup's resumé/CV, including appendices A, B, and C. |
| | O15 | Oct. 29 | X | Summary slides (PowerPoint) prepared by Dr. Stalcup. |
| | P15 | Oct. 29 | X | Dr. Lowry's resumé |
| | Q15 | Oct. 29 | X | Dr. Lowry's report (1 page) |
| | R15 | Oct. 29 | X | Dr. Jellison's report (1 page) |
| | S15 | Oct. 29 | X | Addiction Genogram prepared by Dr. Stalcup re: McCluskey's family history |
| | S15-1 | Oct. 29 | X | Blow-up of Ex. S15 |
| | T15 | Oct. 30 | X | Dr. Depper's resume |
| | U15 | Oct. 30 | X | Dr. Depper's report regarding examination of McCluskey, 6/24/2013 |
| | V15 | Oct. 30 | X | Printout from NFSS website regarding Dr. Azkenazi. |
| | W15 | Oct. 30 | X | MMPI clinical scales and subscales |
| | X15 | Nov. 18 | X | Duncan High School Photo |
| | Y15 | Nov. 18 | X | Old Mormon Church-Duncan Photo |
| | Z15 | Nov. 18 | X | McCluskey Property East St. Duncan Photo |
| | A16 | Nov. 18 | X | McCluskey Property East St. Duncan (2) Photo |

|  | B16 | Nov. 18 |  | X | Old Mormon Church-Duncan (2) Photo |
|---|---|---|---|---|---|
|  | C16 | Nov. 18 |  | X | 3rd and East St., Duncan Photo |
|  | D16 | Nov. 18 |  | X | 3rd and East St. Duncan (2) Photo |
|  | E16 | Nov. 18 |  | X | 3rd and East St. Duncan (3) Photo |
|  | G16 | Nov. 18 |  | X | Duncan Racetrack (2) Photo |
|  | H16 | Nov. 18 |  | X | Duncan Racetrack (3) Photo |
|  | I16 | Nov. 18 |  | X | Duncan Racetrack (4) Photo |
|  | J16 | Nov. 18 |  | X | Outpost-Duncan Photo |
|  | K16 | Nov. 18 |  | X | Outpost-Duncan (2) Photo |
|  | L16 | Nov. 18 |  | X | Outpost-Duncan (3) Photo |
|  | M16 | Nov. 21 |  | X | McCluskey Property near Outpost Photo |
|  | N16 | Nov. 21 |  | X | McCluskey Property near Outpost (2) Photo |
|  | O16 | Nov. 21 |  | X | McCluskey Property near Outpost (3) Photo |
|  | Q16 | Nov. 18 |  | X | New Elementary School-Duncan (2) Photo |
|  | R16 | Nov. 18 |  | X | New Elementary School-Duncan (3) Photo |
|  | S16 | Nov. 18 |  | X | Jack, Cookie, Richard McCluskey Photo |
|  | T16 | Nov. 18 |  | X | Richard McCluskey (child) Photo |
|  | U16 | Nov. 18 |  | X | Kate McCluskey (child) Photo |
|  | V16 | Nov. 18 |  | X | John C. McCluskey (child) Photo |
|  | W16 | Nov. 19 |  | X | Kate McCluskey, Cookie Washburn Photo |
|  | X16 | Nov. 18 |  | X | Richard, Kate, Charlie McCluskey Photo |
|  | Y16 | Nov. 18 |  | X | Richard, Kate McCluskey Photo |
|  | B17 | Nov. 18 |  | X | Charlie McCluskey-6th Grade Class Photo |
|  | C17 | Nov. 18 |  | X | Charlie McCluskey-3rd Grade Class Photo |
|  | D17 | Nov. 18<br>Nov. 19 |  | X | Charlie McCluskey-4th Grade Class Photo |
|  | E17 | Nov. 18 |  | X | Charlie McCluskey-5th Grade Class Photo |
|  | F17 | Nov. 18 |  | X | Charlie McCluskey-Freshman Class Photo |
|  | G17 | Nov. 21 |  | X | Cookie Washburn, Charlie, Kate, Richard McCluskey Photo |
|  | I17 | Nov. 19 |  | X | Goober Photo |

| | | | | |
|---|---|---|---|---|
| J17 | Nov. 19 | | X | Charlie McCluskey, Johnny Crosser, Johnny's daughter, Goober Photo |
| K17 | Nov. 19 | | X | Charlie McCluskey, Johnny Crosser's daughter, Cassie Welch, Johnny Crosser Photo |
| O17 | Nov. 21 | | X | Kaycee McCluskey (3) Photo |
| P17 | Nov. 21 | | X | Katie McCluskey Photo |
| Q17 | Nov. 19 | | X | Charlie McCluskey in Kingman dog program Photo |
| R17 | Nov. 7 | | X | 1-4-10 McCluskey call to Casslyn Welch Excerpt |
| R17-1 | Nov. 7 | | X | Transcript of Exhibit R17 |
| S17 | Nov. 7 | | X | U.S. v. Welch, 10cr2734, Welch's Plea Agreement, sealed cooperation addendum, and sealed attachment |
| T17 | Nov. 12 | | X | PA DOC Documents |
| U17 | Nov. 13 | | X | Chavez Newspaper Photo 1 |
| V17 | Nov. 13 | | X | Chavez Newspaper Photo 2 |
| W17 | Nov. 13 | | X | Chavez Newspaper Photo 3 |
| X17 | Nov. 13 | | X | Chavez Newspaper Photo 4 |
| Y17 | Nov. 13 | | X | Chavez Newspaper Photo 5 |
| Z17 | Nov. 13 | | X | Chavez Cell Photo 1 |
| A18 | Nov. 13 | | X | Chavez Cell Photo 2 |
| B18 | Nov. 13 | | X | Chavez Cell Photo 3 |
| D18 | Nov. 13 | | X | AZDOC Kingman History and Related Docs. August 19, 2010 |
| E18 | Nov. 13 | | X | AZDOC Presentation to Mohave Board of Supervisors Sept. 20, 2010 |
| F18 | Nov. 13 | | X | AZDOC Inspector General Nov. 2010 Kingman Annual Inspection |
| G18 | Nov. 13 | | X | Dir. Ryan Cure Notice to MTC December 29, 2010 |
| H18 | Nov. 13 | | X | AZDOC Oversight of Security Operations Performance Audit Sept. 2011 |
| K18 | Nov. 12 | | X | SCI Coal Township Wohlen Construction 1 |
| L18 | Nov. 12 | | X | SCI Coal Township Google Earth Satellite Photo 1994 |
| M18 | Nov. 12 | | X | SCI Coal Township Google Earth Satellite Photo 2012 |

| | | | | | |
|---|---|---|---|---|---|
| | N18 | Nov. 12 | | X | SCI Coal Township in progress Wohlen Construction 2 |
| | O18 | Nov. 12 | | X | SCI Coal Township Newsitem.com photo |
| | P18 | Nov. 12 | | X | SCI Fayette Google Earth Satellite Photo 2005 |
| | Q18 | Nov. 12 | | X | SCI Fayette Google Earth Satellite Photo 2012 |
| | R18 | Nov. 12 | | X | SCI Fayette Old Post Gazette Photo 1 |
| | S18 | Nov. 12 | | X | SCI Fayette PJ Dick Construction 1 |
| | T18 | Nov. 12 | | X | SCI Pittsburgh Google Earth Satellite Photo 1993 |
| | U18 | Nov. 12 | | X | SCI Pittsburgh Google Earth Satellite Photo 2012 |
| | V18 | Nov. 12 | | X | SCI Pittsburgh Google Images 2 |
| | W18 | Nov. 12 | | X | SCI Pittsburgh publicsource.org Photo |
| | X18 | Nov. 12 | | X | SCI Rockview Discover PA Photo |
| | Y18 | Nov. 12 | | X | SCI Rockview Google Satellite Photo 2005 |
| | Z18 | Nov. 12 | | X | SCI Rockview Google Satellite Photo 2012 |
| | A19 | Nov. 12 | | X | SCI Rockview Guard on Tier Photo |
| | B19 | Nov. 13 | | X | Beezy PowerPoint Presentation/Prison Photos |
| | D19 | Dec. 3 | | X | Gila Health Resources Records/Morenci |
| | E19 | Nov. 26 | | X | McCluskey's Social Security records in Dr. Haney's slide report |
| | F19 | Nov. 12 | | X | Transfer request Coal Township to SCI Pittsburgh Sept. 2002 |
| | G19 | Nov. 12 | | X | PADOC Drug Alcohol Program Evaluation |
| | H19 | Nov. 12 | | X | PA-Work Hours at Forestry Program |
| | I19 | Nov. 12 | | X | PA DOC-Chain saw instruction course paperwork |
| | J19 | Nov. 12 | | X | Tree surgery course roster |
| | K19 | Nov. 13 | | X | BOP Program Statement-Posted Picture File 08-22-11 |
| | O19 | Nov. 21 | | X | UNM colonoscopy/Dr. Michael Gavin 12-21-12 Report |
| | P19 | Nov. 21 | | X | UMN colonoscopy/Dr. Michael Gavin 6-27-13 Report |
| | Q19 | Nov. 13 | | X | Rolled newspaper confiscated by MCJ |
| | R19 | Nov. 13 | | X | Mark Bezy CV |

| | | | | |
|---|---|---|---|---|
| S19 | Nov. 13 | | X | Weekly population report (from BOP website, 11/7/2013) |
| U19 | Nov. 13 | | X | BOP Inmate Program Statement 7-8-2011 |
| V19 | Nov. 14 | | X | Relapse Prevention Evaluation |
| W19 | Nov. 14 | | X | Donna Serina PV Report 11-2-1988 |
| X19 | Nov. 14 | | X | Discontinued BOP Public Safety Factors |
| Y19 | Nov. 14 | | X | Inmate Assaults High Security Data |
| Z19 | Dec. 3 | | X | CR-36706, Judgment and factual findings of Arizona Superior Court re: Province's prior homicide conviction (redacted) |
| A20 | Nov. 20 | | X | John McCluskey Inmate Account-Kingman |
| B20 | Dec. 2 | | X | George Woods CV |
| C20 | Dec. 2 | | X | George Woods June 2013 Report |
| D20 | Dec. 2 | | X | George Woods October 2013 Report |
| E20 | Nov. 21 | | X | Deborah Miora CV |
| F20 | Nov. 21 | | X | Deborah Miora report (as redacted) |
| H20 | Nov. 21 | | X | Michael Gavin CV |
| I20 | Nov. 26 | | X | John McCluskey Psych Eval by D'Amico—Greenlee County |
| J20 | Nov. 26 | | X | John McCluskey PSI by Romero 1989 |
| K20 | Nov. 26 | | X | Craig Haney PowerPoint Presentation |
| L20 | Nov. 26 | | X | Craig Haney--List of documents reviewed |
| M20 | Dec. 2 | | X | Dr. Miora Powerpoint presentation |
| N20 | Nov. 26 | | X | Craig Haney Nov. 2013 CV |
| Q20 | Nov. 26 | | X | DOJ/OJJDP Predictors of Youth Violence |
| R20 | Dec. 2 | | X | MMPI Score Sheet |
| S20 | Dec. 2 | | X | Biber Cognition Test |
| T20 | Dec. 2 | | X | Montreal Cognition Assessment |
| | | | | |
| | | | | |

RETURN OF EXHIBITS:

Received by: _____ Date: 12-17-13

Received by: _____ Date: _____

Witness by: _____ Date: _____